IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MAINE

| | |
|---|---|
| ALISON P. BELL,<br><br>    Plaintiff<br><br>    v.<br><br>THE LINCOLN NATIONAL LIFE INSURANCE COMPANY,<br><br>    Defendant | Case No. 1:18-cv-00162-NT |

**STIPULATION OF DISMISSAL**

    COMES NOW the parties, by counsel, and stipulate that this cause of action be dismissed with prejudice. In support hereof, the parties show the Court that all matters previously in dispute between them have been resolved.

    WHEREFORE, the Parties, by counsel, stipulate that this cause of action be dismissed with prejudice, with each party to bear his/its own costs and attorney fees.

Dated:  July 19, 2018

| *Counsel for Plaintiff Alison P. Bell,* | *Counsel for Defendant The Lincoln National Life Insurance Company,* |
|---|---|
| By:  /s/ Kevin M. Noonan<br>Kevin M. Noonan<br>McTeague, Higbee, Case, Cohen,<br> Whitney & Toker, P.A.<br>Four Union Park<br>PO Box 5000<br>Topsham, ME  04086-5000<br>(207) 725-5581<br>Email: knoonan@mcteaguehigbee.com | By:/s/ Byrne J. Decker<br>Byrne J. Decker<br>Ogletree, Deakins, Nash, Smoak<br>& Stewart, P.C.<br>477 Congress Street, 5th Floor<br>Portland, ME  04101<br>(207) 387-2963<br>Email: b.decker@ogletreedeakins.com |

CERTIFICATE OF SERVICE

      Pursuant to Fed.R.Civ.P. 5(b)(2)(E), I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to all registered users.

      By: /s/ Byrne J. Decker
      Byrne J. Decker

34895672.1